33 So.3d 78 (2010)
MAMBI CHEESE COMPANY, INC. and Juan Andres Sanchelima, Appellants,
v.
SIF LAND, INC., Appellee.
No. 1D09-5081.
District Court of Appeal of Florida, First District.
March 22, 2010.
Rehearing Denied April 28, 2010.
I. Albert Gonzalez of Law Office of I. Albert Gonzalez, P.L., Miami, for Appellants.
Claire A. Duchemin of Claire A. Duchemin, P.A., Tallahassee, for Appellee.
PER CURIAM.
AFFIRMED. See Heartland Organics, Inc. v. MC Devs., LLC, 8 So.3d 1227 (Fla. 1st DCA 2009).
WOLF, LEWIS, and MARSTILLER, JJ., concur.